150

Chesterfield Woods, Appellee, v. Lucille Butler, Appellant.

Gen. No. 44,494.

opinion filed December 13, 1948; rehearing denied December 27, 1948; released for publication December 27, 1948. Thaddeus B. Rowe and Charles B. Evins, for appellant; George A. Gordon, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

Fred C. Kramer Company, Inc., Appellant, v. Hebard Storage Warehouses, Inc. and F. H. Hebard Company, Appellees.

Gen. No. 44,512.

opinion filed December 13,

1948; released for publication December 27, 1948. Richard M. Weinberger, for appellant; Hopkins, Sutter, Halls, DeWolfe & Owen, for appellees; Harry B. Sutter, Thomas Robert Mulroy and Frank B. Sanders, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.**

## People of State of Illinois, Defendant in Error, v. Dewey Bullock, Contemnor, Plaintiff in Error.

### Gen. No. 44,490.

opinion filed December 13, 1948; released for publication December 27, 1948. Henry C. Ferguson, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; John T. Gallagher and Melvin Starkel Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**

## J. M. Hansen et al., Trading as Hansen & Matson Company, Appellants, v. Nick Samarchuk et al., Appellees.

### Gen. No. 44,498.